# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) MMI Products, Inc.                    CIVIL NO. 98-1409 (DRD)

v.

Defendant(s) Liberty Bond Services, et al

| MOTION | ORDER |
|---|---|
| Docket entry no. 17 | ☒ GRANTED. |
| Date: 09/15/1999 | ☐ DENIED. |
| Title: Motion to clarify or amend minutes of Initial Scheduling Conference | ☐ MOOT. ☐ NOTED. |

RECEIVED AND FILED
99 OCT 27 AM 7:49
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Minutes for Initial Scheduling Conference are amended to eliminate indication that all deadlines are final and no extensions shall be granted. Should plaintiff decide to use an expert witness, deadlines will be extended upon request.

Date: 10/25/99

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE


