## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



**MMI PRODUCTS INC. d/b/a**
**MEADOW STEEL PRODUCTS, INC.**
v.
**LIBERTY MUTUAL INSURANCE**
**COMPANY, LIBERTY BOND SERVICES**

CASE NUMBER: 98-1409(DRD)

### ORDER

| MOTION | RULING |
|---|---|
| Date Filed: 3/21/2000    Docket No. 28<br>[X] Plff          [ ] Deft<br>[ ] Other<br><br>Title: RULE 41(A)(2) MOTION FOR DISMISSAL | **APPROVED**<br><br>The court hereby approves Plaintiffs' motion for voluntary dismissal. Pursuant to the above, the court dismisses all claims by Plaintiffs against Defendants **with prejudice** but without the imposition of costs, expenses or attorneys' fees.<br>Judgment shall be entered accordingly. |

Date: March 22, 2000

*[signature]*

DANIEL R. DOMINGUEZ
U.S. District Judge



3    N:\98-1409 vol