# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MMI PRODUCTS INC. d/b/a
MEADOW STEEL PRODUCTS, INC.
v.
LIBERTY MUTUAL INSURANCE
COMPANY, LIBERTY BOND SERVICES

CASE NUMBER: 98-1409(DRD)



## JUDGMENT

The Court, having approved on this same date Plaintiffs' motion for voluntary dismissal, hereby enters judgment dismissing this action against defendants **with prejudice** and without imposition of costs, expenses or attorneys' fees.

Date: March 22, 2000

DANIEL R. DOMINGUEZ
U.S. District Judge

| Rec'd: | EOD: |
|---|---|
| By: | # |

N:\98-1409 vol

